UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-22274-RAR

**LILIAN WAELTZ**,

    Plaintiff,

v.

**NCL (BAHAMAS) LTD,**

    Defendant.
_____/

## ORDER TO PERFECT SERVICE

**THIS CAUSE** comes before the Court *sua sponte*. On June 12, 2024, Plaintiff filed her Complaint, [ECF No. 1]. To date, there is no indication in the court file that Defendant has been served with the summons and Complaint. Rule 4(m) of the Federal Rules of Civil Procedure requires service of the summons and complaint to be perfected upon a defendant within 90 days after the filing of the complaint. It is therefore

**ORDERED AND ADJUDGED** that on or before **September 10, 2024**, Plaintiff shall perfect service upon Defendant, or show good cause as to why this action should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by **September 10, 2024**, will result in a dismissal without further notice.

**DONE AND ORDERED** in Miami, Florida, this 15th day of July, 2024.

_____
**RODOLFO A. RUIZ II**
UNITED STATES DISTRICT JUDGE